UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERNESTINE KIMBROUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:05-cv-635- SEB-TAB |
| vs. ) | |
| ) | |
| MARION SUPERIOR COURT, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On October 11, 2006, Defendant filed a Motion for Summary Judgment (Docket No. 77). Pursuant to Local Rule 56.1 and Fed. R. Civ. P. 6(e), Plaintiff's response was due on or before November 13, 2006, but Plaintiff did not respond by that deadline.

On January 30, 2007, the Court ordered Plaintiff to show cause no later than February 12, 2007, why Defendant's Motion for Summary Judgment should not be granted. Plaintiff did not respond to the Court's show cause order.

The Court, having reviewed Defendant's Motion for Summary Judgment and considered Plaintiff's lack of response to both that motion and the Court's show cause order, now finds that there are no genuine issues of material fact and that Defendant is entitled to summary judgment on all claims asserted in this action, consistent with the facts and law explicated in the Motion which the Court herein now fully adopts.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that summary judgment is entered in favor of Defendant and against Plaintiff. Costs are awarded to Defendant. A separate judgment entry shall issue.

IT IS SO ORDERED.

Date: __02/28/2007__

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Robin C. Clay
OFFICE OF CORPORATION COUNSEL
rclay@indygov.org

Allison Wells Gritton
OFFICE OF CORPORATION COUNSEL
agritton@indygov.org

John O'Conner Moss III
MOSS & MOSS
jom3esq@yahoo.com