UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERNESTINE KIMBROUGH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARION SUPERIOR COURT, )<br>)<br>Defendant. ) | 1:05-cv-635- SEB-TAB |

## **JUDGMENT**

The Court, having granted Defendant's Motion for Summary Judgment, now hereby, and in accord with Fed. R. Civ. P. 58(a)(1), enters judgment in favor of Defendant and against Plaintiff. This action is dismissed with prejudice. Costs are awarded to Defendant.

IT IS SO ORDERED.

Date: 02/28/2007

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Robin C. Clay
OFFICE OF CORPORATION COUNSEL
rclay@indygov.org

John O'Conner Moss III
MOSS & MOSS
jom3esq@yahoo.com

Allison Wells Gritton
OFFICE OF CORPORATION COUNSEL
agritton@indygov.org